# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Robert K., et al.

                                                Plaintiff,

v.                                                   Case No.: 1:22−cv−00597

                                                               Honorable Charles P. Kocoras

Health Care Service Corporation d/b/a Blue Cross Blue Shield of Illinois

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 8, 2022:

      MINUTE entry before the Honorable Charles P. Kocoras: Telephonic motion hearing held. Plaintiffs' motion for entry of a preliminary injunction [2] is granted. Defendant's motion to limit discovery to the administrative record is due by 2/22/2022. Response is due by 3/8/2022. Reply is due by 3/22/2022. Court will rule by mail. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.