UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ROBERT K. and MONICA K., on behalf of JOHN K., a minor, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No.: 1:22-cv-00597 |
| HEALTH CARE SERVICE CORPORATION, d/b/a BLUE CROSS BLUE SHIELD OF ILLINOIS, | ) ) ) ) ) | Judge Charles R. Kocoras |
| Defendant. | ) ) | |

**MOTION TO LIMIT DISCOVERY TO THE ADMINISTRATIVE RECORD
ON THE MERITS OF PLAINTIFFS' ERISA BENEFITS CLAIM**

Defendant Health Care Service Corporation, d/b/a Blue Cross Blue Shield of Illinois ("BCBSIL"), by and through its attorneys Reed Smith LLP, and pursuant to the Court's Feb. 8, 2022 Order (Dkt. 10), hereby moves this Court to Limit Discovery to the Administrative Record on the Merits of Plaintiffs' ERISA Benefits Claim for the reasons set forth in its accompanying Memorandum of Law in support of this Motion ("Motion to Limit Discovery").

WHEREFORE, BCBSIL respectfully requests this Court enter an Order (1) granting this Motion to Limit Discovery; (2) strictly limit merits discovery—including discovery relating to Plaintiffs' likelihood of success on the merits—to the information contained in the administrative record; (3) deny the notice and holding of depositions; and (4) granting BCBSIL such other and further relief as the Court deems just and proper.

- 2 -

Dated: February 22, 2022  Respectfully submitted,

By: */s/ Rebecca R. Hanson*
Martin J. Bishop (SBN 06269425)
Rebecca R. Hanson (SBN 6289672)
REED SMITH LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: +1 312 207 1000
Facsimile: +1 312 207 6400

*Counsel for Defendant
Health Care Service Corporation d/b/a
Blue Cross Blue Shield of Illinois*

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 22, 2022, I electronically filed the foregoing with the Clerk of the United States District Court, Northern District of Illinois by using the CM/ECF system, which will electronically send notification of such filing to counsel or parties of record.

/s/ *Rebecca R. Hanson*