UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT K. and MONICA K., on behalf of JOHN K., a minor, <br><br> Plaintiffs, <br><br> v. <br><br> HEALTH CARE SERVICE CORPORATION, d/b/a BLUE CROSS BLUE SHIELD OF ILLINOIS, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) No.: 1:22-cv-00597 |

# MOTION FOR CLARIFICATION OF
# FEBRUARY 8TH ORDER GRANTING PRELIMINARY INJUNCTIVE RELIEF

Defendant Health Care Service Corporation, d/b/a Blue Cross Blue Shield of Illinois ("BCBSIL"), by and through its attorneys Reed Smith LLP, hereby moves this Court to clarify the Court's Feb. 8, 2022 Order (Dkt. 10), for the reasons set forth in its accompanying Memorandum of Law in support of this Motion ("Motion for Clarification").

WHEREFORE, BCBSIL respectfully requests this Court enter an Order (1) amending its February 8th Order granting preliminary injunctive relief to identify the conduct that is enjoined, the duration for the injunction, and the security Plaintiffs shall post under Rule 65(c); and (2) granting BCBSIL such other and further relief as the Court deems just and proper.

Dated: March 1, 2022                                             Respectfully submitted,

                                                                 By: /s/ Rebecca R. Hanson
                                                                     Martin J. Bishop  (SBN 06269425)
                                                                     Rebecca R. Hanson (SBN 6289672)
                                                                     REED SMITH LLP
                                                                     10 South Wacker Drive

- 2 -

Chicago, IL 60606-7507
Telephone: +1 312 207 1000
Facsimile: +1 312 207 6400

*Counsel for Defendant
Health Care Service Corporation d/b/a
Blue Cross Blue Shield of Illinois*

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 1, 2022, I electronically filed the foregoing with the Clerk of the United States District Court, Northern District of Illinois by using the CM/ECF system, which will electronically send notification of such filing to counsel or parties of record.

                                             /s/*Rebecca R. Hanson*